UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-61826-WPD

WILLIAM L. TAYLOR,

    Plaintiff,

vs.

FIRST COAST ENERGY LLP AND
SE PETRO ONE LLC.,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, WILLIAM L. TAYLOR ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, FIRST COAST ENERGY LLP and SE PETRO ONE LLC.

Plaintiff and Defendants, FIRST COAST ENERGY LLP and SE PETRO ONE LLC are presently preparing a formal settlement agreement for signature and intend to file a notice of dismissal with prejudice once the agreement is finalized.

Respectfully submitted this 9th day of December, 2014.

/s/ Douglas S. Schapiro, Esq.
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 9th day of December, 2014.

/s/ Douglas S. Schapiro, Esq.
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com